IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

BRANDON BRUNETTI                                                                                         PLAINTIFF

VS.                                                                                              CAUSE NO. 2:09 -CV-130-DAS

MICHAEL J. ASTRUE
COMMISSIONER OF SOCIAL SECURITY                                                    DEFENDANT

## ORDER GRANTING ADDITIONAL
## TIME IN WHICH TO FILE MEMORANDUM OF AUTHORITIES

Before the court is the plaintiff's *ore tenus* motion for an extension of time in which to file a memorandum of authorities in the above cause, and the court, after finding that the Office of the U. S. Attorney has no objection to said extension of time and after having heard and considered said motion does Order as follows:

That the plaintiff herein is hereby allowed an extension of time in which to file his memorandum of authorities in the above styled and numbered cause, said extension to run through and including the 9th day of April, 2010.

SO ORDERED this the 11th day of March, 2010.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE